# ELECTRONIC RECORD

COA #  12-13-00253-CR                    OFFENSE:  21.1

STYLE:  Joseph Edward Sullivan v. The
        State of Texas                   COUNTY:  Smith

COA DISPOSITION:      AFFIRMED          TRIAL COURT:  7th District Court

DATE: 02/11/2015           Publish: NO   TC CASE #:     007-1018-12


# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Joseph Edward Sullivan v. The State
        of Texas                         CCA #:  **270-15**

_APPELLANT'S_  Petition                 CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:  _____

_REFUSED_                               JUDGE:  _____

DATE:  _06/10/2015_                     SIGNED: _____        PC: _____

JUDGE:  _Per Curiam_                    PUBLISH: _____        DNP: _____

                        ----------------------------

                                        _____ MOTION FOR

                        REHEARING IN CCA IS:  _____

                        JUDGE:  _____


**ELECTRONIC RECORD**